IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MYTEE, INC., | ) CASE NO. 5:16-cv-02077-SL |
| Plaintiff, | ) |
| | ) JUDGE SARA LIOI |
| v. | ) |
| | ) **DEFENDANTS' MOTION FOR** |
| MIGHTY PRODUCTS CORPORATION, et al., | ) **EXTENSION OF TIME TO ANSWER COMPLAINT OR OTHERWISE PLEAD** |
| Defendants. | ) |

Defendants, Mighty Products Corporation and Chen Xing ("Defendants"), by their attorney respectfully move this Court pursuant to Fed. R. Civ. P. 6 and 12 for an extension of time of thirty (30) days, until December 1, 2016, to file an Answer on behalf of Defendants to the Complaint or otherwise plead.

There is good cause for the requested extension of time.  Plaintiff and Defendants are discussing terms for settling this dispute.

Counsel for Defendants has conferred with counsel for the Plaintiff, James A. Roosa, and confirmed that counsel for the Plaintiff is not opposed to this requested extension of time to file an Answer to the Complaint or otherwise plead.

For these reasons, it is respectfully requested that this Court grant leave until December 1, 2016 for Defendants to file an Answer to the Complaint or otherwise plead.

2

Dated: October 19, 2016                                           Respectfully submitted,


/s/ Jude A. Fry                                                   /s/ James K. Roosa
Jude A. Fry (0053651)                                             James K. Roosa (0038941)
FAY SHARPE LLP                                                    Roosa Co., LPA
The Halle Building, 5th Floor                                     3723 Pearl Road
1228 Euclid Avenue                                                Cleveland, OH 44109
Cleveland, Ohio  44115                                            Phone: (216) 635-0636
Phone: (216) 363-9000                                             Fax: (216) 635-0675
Fax: (216) 363-9001                                               Email: jkr@roosalaw.com
E-Mail:  jfry@faysharpe.com                                       *Attorney for Plaintiff*
*Attorney for Defendants*                                         *Mytee, Inc.*
*Mighty Products Corporation and Chen Xing*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **October 19, 2016**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          By: /s/ Jude A. Fry
             *Attorney for Defendants*
             *Mighty Products Corporation and*
             *Chen Xing*

3955674_1